**Frank VITARELLI, Jr.,**
**Plaintiff–Appellant,**

v.

**Rudolph GIULIANI, in his individual and professional capacity, Ed Ferguson, Chair, Executive Director, New York City Trade Waste Commission, in his individual and professional capacity, Marybeth Richroath, Vice President and General Counsel, New York City Trade Waste Commission, in her individual and professional capacity, New York City Trade Waste Commission, and City of New York, Defendants–Appellees.**

---

\* Honorable Damon J. Keith, of the United States Court of Appeals for the Sixth Circuit,

**Docket No. 01–7218.**

United States Court of Appeals, Second Circuit.

March 12, 2002.

Herald Price Fahringer, Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria, N.Y., NY, for Appellant.

Dona B. Morris, Ass't Corp. Counsel, Brooklyn, NY, for Appellees.

Present KEARSE, JACOBS, and KEITH,\* Circuit Judges.

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Berman's Order entered on January 25, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.